FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: smahoney@laborlawyers.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EFREN LOPEZ-AVELAR, an individual; MICHAEL J. ACEVEDO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> EARL OF SANDWICH LAS VEGAS, LLC, a Corporation; DOES I through X inclusive, and ROES CORPORATIONS XI through XX, inclusive, <br><br> Defendant. | Case No. 2:14-cv-01735-JAD-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| SCHUETZE & McGAHA | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ William W. McGaha, Esq. <br> 601 S. Rancho <br> Suite C-20 <br> Las Vegas, Nevada 89106 <br> Attorneys for Plaintiffs | By: /s/ Scott M. Mahoney, Esq. <br> 3800 Howard Hughes Parkway <br> Suite 950 <br> Las Vegas, Nevada 89169 <br> Attorneys for Defendant |

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: August 27, 2015.

_____
UNITED STATES DISTRICT JUDGE